UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
DORA SALCEDO,

        Plaintiffs        CASE NO.: 16-CV-3612

-against-

RENE GUZMAN        STIPULATION OF DISCONTINUANCE

        Defendants
-------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the financial settlement of the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has not been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against each other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 15, 2017
      New York, N.Y.

Law Offices - Longo & D'Apice    Morrison & Wagner
Attorney for defendant         Attorney for Plaintiffs
26 Court Street - Suite 1700     49 West 38th Street
Brooklyn NY 11242             15th Floor

by: MARK A. LONGO, ESQ.       New York, NY 10018
                                  By _____
                                     Eric H. Morrison

SO ORDERED:
s/ MKB 3/22/2017

_____
MARGO K. BRODIE
United States District Judge